UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| INDIANA FARMERS MUTUAL INSURANCE COMPANY as Subrogee of Rob Jones and Michelle Jones,<br><br>    Plaintiff,<br><br>vs.<br><br>GREE USA, INC.<br>MJC AMERICA, LTD. D/B/A SOLEUS INTERNATIONAL, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:19-cv-00016-HAB-SLC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' DISCOVERY RESPONSES

Comes now Plaintiff, Indiana Farmers Mutual Insurance Company as subrogee of Rob Jones and Michelle Jones, by counsel, pursuant to FRCP 37 and hereby moves this Court for an Order to Compel Defendants, Gree U.S.A., Inc. and MJC America, Ltd d/b/a Soleus International, Inc., to provide full and complete responses to Plaintiff's Interrogatories and Request for Production of Documents, and in support thereof would state as follows:

    **I.    DEFENDANTS' FAILURE TO RESPOND TO DISCOVERY**

Plaintiff's Interrogatories and Requests for Production were served on Defendants' counsel on April 16, 2019. A copy of the transmittal Email, as well as the cover letter which was served via certified mail and proof of delivery, are attached hereto as Exhibit "A". Defendants' responses to Plaintiff's discovery requests were due on or about May 16, 2019. On May 8, 2019 counsel for

Defendants' counsel requested a 30-day extension of time to respond to Plaintiff's discovery requests, and Plaintiff agreed, making Defendants' discovery responses due on or about June 15, 2019.

On June 25, 2019, Plaintiff's counsel sent correspondence to Defendants' counsel pursuant to FRCP 37 concerning Defendants' outstanding discovery responses. A copy said correspondence is attached hereto as Exhibit "B". To date, Plaintiff's counsel has not received Defendants' discovery responses and 83 days have elapsed since said discovery requests were served upon Defendants. The information sought in Plaintiff's discovery requests is relevant to the issues involved in this matter and complete responses are necessary to properly prosecute this matter.

## II.  DEFENDANTS' HISTORY OF LITIGATION AND DISPUTES INVOLVING DEFENDANTS' DEHUMIDIFIERS

Over 2,200,000 of Defendants' dehumidifiers have had recalls issued on them as a result of reports of damages as a result of fires caused by them. A copy of the recalls is attached as Exhibit "C." Defendants have already been involved in an extensive investigation by the United States Consumer Product Safety Commission as well as a multitude of lawsuits related to its dehumidifiers.

### A.  THE RECALL OF 2.5 MILLION OF DEFENDANTS' DEHUMIDIFIERS

Gree U.S.A., Inc. sold and distributed over 2,200,0000 dehumidifiers to consumers throughout the United States, including Indiana, from 2010 to 2013.  In September 2013, the United States Consumer Product Safety Commission (hereinafter "CPSC") announced the recall of the 2,200,000 dehumidifiers sold and distributed by Gree U.S.A., Inc. under the following brand names: Danby, De'Longhi, Fedders, Fellini, Frigidaire, Gree, Kenmore, Norpole, Premiere, Seabreeze, SoleusAir, and SuperClima.  In January 2014, the CPSC expanded the September 2013

recall to also include 300,000 GE brand dehumidifiers. The recalls continue to be updated and expanded, with the most recent recall update on November 29, 2016. *See* Exhibit "C".

### B. HUNDREDS OF FIRES AND MILLIONS IN DOLLARS OF PROPERTY DAMAGE CAUSED BY DEFECTS IN DEFENDANTS' DEHUMIDIFIERS

The CPSC documents over 2,000 incidents and 450 plus fires having been reported with a result of an excess of $19 million dollars in property damages being caused by Defendants' dehumidifiers catching fire. *See* Exhibit "C".

### C. EXTENSIVE LITIGATION REGARDING DEFECTS IN DEFENDANTS' DEHUMIDIFIERS

In 2013, Defendant Gree U.S.A., Inc. was sued by its business partner, Defendant MJC America, in California federal court. MJC sought damages against Gree after Gree refused to correct issues discovered with its dehumidifiers despite MJC's repeated reports of fire claims to Gree. Ultimately, a jury verdict in the amount of $42.5 million dollars, which includes a punitive damage award of $20 million dollars, was entered against Gree. A copy of the Judgment is attached as Exhibit "D."

To date, a number of individual subrogation cases have been filed against Defendants throughout the country related to damages caused by Defendants' dehumidifiers catching fire. In 2016, four insurance companies filed a class action lawsuit against Gree in California due to Defendants' dehumidifiers catching fire and causing property damages. As of November 2017, several other insurance carriers joined in the class action lawsuit.

Defendants have been involved in a number of other lawsuits in Indiana with same or similar allegations of property damage due to fire, and similar discovery requests have been made in many of those cases. In several of the other lawsuits, Defendants have failed to

participate in discovery. Defendants should have all information requested in this matter readily available.

### III.   CONCLUSION

Defendants have failed to produce any responses to Plaintiff's discovery, despite Defendants' long history of litigation and recalls regarding the same dehumidifier as the SoleusAir dehumidifier that caught fire and caused damages to the Jones' property.

Plaintiff, therefore, requests that the Court issue an order compelling Defendants, Gree U.S.A., Inc. and MJC America, Ltd d/b/a Soleus International, Inc., to provide full and complete responses to Plaintiff's Interrogatories and Request for Production of Documents within fifteen (15) days or suffer sanctions, including but not limited to, entry of judgment in favor of Plaintiff and attorney's fees incurred by Plaintiff as a result of Defendants' failure to cooperate with discovery.

WHEREFORE, Plaintiff prays the Court grant this Motion to Compel, and for all other relief just and proper in the premises.

Respectfully submitted,

McNEELY STEPHENSON

 */s/ Michelle A. Cobourn-Baurley*
Michelle A. Cobourn-Baurley
Attorney No. 27063-49
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on July 9, 2019, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on all counsel of record by CM/ECF Electronic Notification.

  John J. Schwarz, II
  john@schwarzlawoffice.com

               */s/ Michelle A. Cobourn-Baurley*
               Michelle A. Cobourn-Baurley

McNEELY STEPHENSON
2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176
Telephone:  317-825-5230
Facsimile:  317-825-5250