## Michelle A. Cobourn-Baurley

| | |
|---|---|
| **From:** | Tammy.R.Morgan |
| **Sent:** | Tuesday, April 16, 2019 3:01 PM |
| **To:** | 'john@schwarzlawoffice.com' |
| **Subject:** | Indiana Farmers a/s/o Jones vs Gree and MJC America |
| **Attachments:** | Indiana Farmers' Interrogatories to Gree (00339984xC5A6D).doc; Indiana Farmers' Request for Production to Gree (00338722xC5A6D).doc; Indiana Farmers' Request for Admissions to Gree (00339990xC5A6D).doc; Indiana Farmers' Request for Admissions to Gree-Exhibit A (00342277xC5A6D).pdf; Indiana Farmers' Interrogatories to MJC America (00339987xC5A6D).doc; Indiana Farmers' Request for Production to MJC America (00338729xC5A6D).doc |

Mr. Schwarz,

Attached please find an electronic copy of Plaintiff's Interrogatories, Request for Admissions and Request for Production to Gree USA, Inc. and Plaintiff's Interrogatories and Request for Production to MJC America, Ltd. in the above matter. A hard copy of the attached has been sent to you this date via certified mail.

If you have any questions, please contact me.




Tammy R. Morgan
Paralegal
Subro Solution, Inc.
McNeely Stephenson

Direct: 317-825-5236
Office: 317.825.5230
866.408.2848
Fax: 317.825.5250
Tammy.R.Morgan@msth.com

2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176



EXHIBIT
A

1



# McNEELY STEPHENSON

ATTORNEYS AT LAW

**Michelle A. Cobourn-Baurley**
Telephone: 317-825-5230
Direct Line: 317-825-5235
E-mail: Michelle.A.Cobourn-Baurley@msth.com

April 16, 2019

**VIA EMAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
John Schwarz
Schwarz Law Office, P.C.
5825 South 1025 East
Hudson, IN 46747

    Re:    Indiana Farmers Mutual Insurance Company a/s/o Gree USA, Inc. and MJC America, Ltd. d/b/a Soleus International, Inc.
           Cause No.: 1:19-cv0-00016-TLS-SLC

Dear Mr. Schwarz:

    Enclosed please find Plaintiff's First Set of Interrogatories, Request for Admissions and Request for Production of Documents to Defendant, Gree USA, Inc. and Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendant, MJC America, Ltd. d/b/a Soleus International, Inc. in the above matter. Electronic copies of these documents were emailed to you this date at john@schwarzlawoffice.com.

    Should you have any questions, please feel free to contact me or my paralegal, Tammy Morgan.

                          Very truly yours,

                          McNEELY STEPHENSON

                          Michelle A. Cobourn-Baurley

MCB/trm
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Schwarz
Schwarz Law Office
5825 S. 1025 E.
Hudson, IN 46747

9590 9402 3985 8079 4902 42

2. Article Number (Transfer from service label)

7017 1450 0000 2326 9184

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To John Schwarz
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1450 0000 2326 9184

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sonya Brown_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) SOONJA Brewer  C. Date of Delivery 4/22/19 |
| 1. Article Addressed to:<br>John Schwarz<br>Schwarz Law Office<br>9825 S. 1025 E.<br>Hudson, IN 46747 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3985 8079 4902 42 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7017 1450 0000 2326 9184 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>  Insured Mail Restricted Delivery ($500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt