

## MCNEELY STEPHENSON

ATTORNEYS AT LAW

**Michelle A. Cobourn-Baurley**
Telephone: 317-825-5230
Direct Line: 317-825-5235
E-mail: Michelle.A.Cobourn-Baurley@msth.com

June 25, 2019

***VIA EMAIL****:* john@schwarzlawoffice.com and jmmurphy@grsm.com
John J. Schwarz, II
SCHWARZ LAW OFFICE, P.C.
5825 S. 1025 E.
Hudson, IN 46747

Jeffrey M. Murphy
GORDON & REES
1 Battery Park Plaza, 28th Floor
New York, NY 10004

      Re:    Indiana Farmers Mutual Insurance a/s/o Rob and Michelle Jones vs. Gree USA, Inc., et al
             Cause No. 1:19-cv-00016-HAB-SLC

Dear John and Jeff:

      Please consider this letter my attempt to resolve a dispute pursuant to Federal Rule of Civil Procedure 37.

      On April 16, 2019, discovery requests were sent to your office, including Interrogatories, Requests for Production, and Requests for Admissions, making your responses due on May 16, 2019. On May 8, 2019 John requested an additional 30 days for Defendants to respond to discovery, making responses due on June 15, 2019. On June 14, 2019, Jeff contacted me inquiring about a protective order and advised they were still working on discovery responses. On June 20, 2019 I emailed you both the uniform protective order draft commonly used in this jurisdiction and asked that you identify the categories of documents you anticipate being confidential and falling under the protective order.

      In my June 20, 2019 email to you both I also advised Defendants' discovery responses were overdue. To date, I have not received responses to our Requests for Production and Interrogatories and Requests for Admissions. Waiting until days before discovery responses are due to inquire as to a protective order is not sufficient justification for delay. Further, Defendants have failed to produce any responses to Plaintiff's discovery, not just allegedly confidential material.


EXHIBIT B



June 25, 2019
Page 2

    Please provide full and complete responses to Plaintiff's discovery within 10 days of the date of this letter. Otherwise, my client will have no alternative but to file the appropriate Motion with the court.

    Thank you for your attention to this matter.

                      Very truly yours,

                      McNEELY STEPHENSON

                      Michelle A. Cobourn-Baurley

MCB/trm

# Tammy.R.Morgan

**From:** Tammy.R.Morgan
**Sent:** Tuesday, June 25, 2019 4:14 PM
**To:** 'john@schwarzlawoffice.com'; 'jmmurphy@grsm.com'
**Subject:** Indiana Farmers a/s/o Jones vs Gree and MJC America
**Attachments:** TO John Schwarz and Jeff Murphy-Rule 37 letter RE Gree   MJC's outstanding discovery responses (00407566xC5A6D).pdf

Counsel,

Attached please find correspondence in the above matter pursuant to FRCP 37.

If you have any questions, please contact me.




Tammy R. Morgan
Paralegal
Subro Solution, Inc.
McNeely Stephenson

Direct:  317-825-5236
Office:  317.825.5230
         866.408.2848
Fax:     317.825.5250
Tammy.R.Morgan@msth.com

2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176

1