

**United States**
**CONSUMER PRODUCT SAFETY COMMISSION**

# Gree Reannounces Dehumidifier Recall Following 450 Fires and $19 Million in Property Damage; Brand Names Include Frigidaire, Soleus Air, Kenmore and Others







# Recall Summary

**Name of product:**
Dehumidifiers

**Hazard:**
The **dehumidifier** can overheat, smoke and catch fire, posing serious fire and burn hazards to consumers.

**Remedy:**
Refund

**Recall date:**
November 29, 2016

**Units:**
About 2.5 million (in addition, 55,000 were sold in Canada) This recall was first announced in September 2013, updated in October 2013 and expanded in January 2014.

Consumer Contact:

> Gree toll-free at (866) 853-2802 from 8 a.m. to 6 p.m. ET Monday through Friday or online at greedehumidifierrecall.com and click on Recall for more information.

# Recall Details

## Description:

This recall involves 20, 25, 30, 40, 45, 50, 65 and 70-pint dehumidifiers with brand names Danby, De'Longhi, Fedders, Fellini, Frigidaire, GE, Gree, Kenmore, Norpole, Premiere, Seabreeze, SoleusAir and SuperClima. Recalled model numbers and date codes are listed below. The brand name and the pint capacity are printed on the front of the dehumidifier. The model number and date code are printed on a sticker on the back, front or side of the unit. The dehumidifiers are white, beige, gray or black plastic and measure between 19 and 24 inches tall, 13 and 15 inches wide, and 9 and 11 inches deep.

### Danby or Premiere

| Model number | Capacity | Date code range |
| --- | --- | --- |
| DDR3011 | 30-pint | All units |
| DDR30P | 30-pint | All units |
| DDR4511 | 45-pint | All units |
| DDR45P | 45-pint | All units |
| DDR6511 | 65-pint | All units |
| DDR65CHP | 65-pint | All units |

### De'Longhi or SuperClima

| Model number | Capacity | Date code range |
| --- | --- | --- |

| | | |
|---|---|---|
| DDSE30 | 30-pint | All units |
| DDSE40 | 40-pint | All units |
| DG50 | 50-pint | All units |

## Fedders

| Model number | Capacity | Date code range |
|---|---|---|
| FEDH-MAH030-C15 | 30-pint | All units |
| FEDH-MAH070-C15 | 70-pint | All units |

## Fellini

| Model number | Capacity | Date code range |
|---|---|---|
| 13-06030 | 50-pint | All units |
| 13-06031 | 70-pint | All units |

## Frigidaire

| Model number | Pint capacity | Date code range |
|---|---|---|
| FDB30R1 | 30-pint | 01/07 through 09/08 |
| FDB50R1 | 50-pint | 01/07 through 09/08 |
| FDB70R1 | 70-pint | 01/07 through 09/08 |
| FDD25S1 | 25-pint | 01/07 through 09/08 |

| Model number | Pint capacity | Date code range |
|---|---|---|
| FDF50S1 | 50-pint | 01/07 through 09/08 |
| FDF70S1 | 70-pint | 01/07 through 09/08 |
| FDL30R1 | 30-pint | 01/07 through 09/08 |
| FDL50R1 | 50-pint | 01/07 through 09/08 |
| FDL50S1 | 50-pint | 01/07 through 09/08 |
| FDL70R1 | 70-pint | 01/07 through 09/08 |
| FDL70S1 | 70-pint | 01/07 through 09/08 |
| FDM30R1 | 30-pint | 01/07 through 09/08 |
| FDR30S1 | 30-pint | 01/07 through 09/08 |

### GE

| Model number | Pint capacity | Date code range |
|---|---|---|
| ADER30LN | 30 pint | 01/08 through 12/10 |
| ADEW30LN | 30 pint | 01/08 through 12/10 |
| AHR30LL | 30 pint | 01/08 through 12/10 |
| AHR30LM | 30 pint | 01/08 through 12/10 |

| Model | Capacity | Date Range |
|---|---|---|
| AHW30LM | 30 pint | 01/08 through 12/10 |
| ADER40LN | 40 pint | 01/08 through 12/10 |
| AHH40LL | 40 pint | 01/08 through 12/10 |
| AHR40LL | 40 pint | 01/08 through 12/10 |
| AHR40LM | 40 pint | 01/08 through 12/10 |
| ADEH50LN | 50 pint | 01/08 through 12/10 |
| ADER50LN | 50 pint | 01/08 through 12/10 |
| ADEW50LN | 50 pint | 01/08 through 12/10 |
| AHH50LM | 50 pint | 01/08 through 12/10 |
| AHR50LL | 50 pint | 01/08 through 12/10 |
| AHR50LM | 50 pint | 01/08 through 12/10 |
| AHW50LM | 50 pint | 01/08 through 12/10 |
| ADER65LN | 65 pint | 01/08 through 12/10 |
| ADEW65LN | 65 pint | 01/08 through 12/10 |

| Model number | Capacity | Date code range |
|---|---|---|
| AHR65LL | 65 pint | 01/08 through 12/10 |
| AHR65LM | 65 pint | 01/08 through 12/10 |
| AHW65LM | 65 pint | 01/08 through 12/10 |

### Gree

| Model number | Capacity | Date code range |
|---|---|---|
| 13-06090 | 30-pint | All units |
| 13-06091 | 45-pint | All units |
| 13-06092 | 50-pint | All units |
| GDN40AH-A4EBB1A | 40-pint | All units |
| GDN45AH-A3EBB2A | 45-pint | All units |
| GDN50AF-A3EBA8A | 50-pint | All units |
| GDN50AF-A3EBA8B | 50-pint | All units |
| GDN70AF-A3EBA8A | 70-pint | All units |
| GDN70AF-A3EBB3A | 70-pint | All units |
| GDN70AI-A3EBB2A | 70-pint | All units |
| GDNE30AEBA1A8A | 30-pint | All units |
| GDNE40AEBA1A8A | 40-Pint | All units |
| GDNE50AFBA1A8A | 50-pint | All units |

| | | |
|---|---|---|
| GDNE65AFBA1A8A | 65-pint | All units |

### Kenmore

| Model number | Capacity | Date code range |
|---|---|---|
| 407.52301210 | 30-pint | 2012-04 through 2012-09 |
| 407.52501210 | 50-pint | 2012-04 through 2012-09 |
| 407.52701210 | 70-pint | 2012-04 through 2012-09 |
| 407.52702210 | 70-pint | 2012-04 through 2012-08 |

### Norpole

| Model number | Capacity | Date code range |
|---|---|---|
| NPDH30PG | 30-pint | All units |

### Seabreeze

| Model number | Capacity | Date code range |
|---|---|---|
| DH450S | 50-pint | All units |
| DH470S | 70-pint | All units |

### SoleusAir

| Model Number | Capacity | Date code range |
|---|---|---|

| Model | Capacity | Date Code |
|---|---|---|
| CFM-25E | 25-pint | All units |
| CFM-40E | 40-pint | All units |
| DP1-30-03 | 30-pint | All units |
| DP1-40-03 | 40-pint | All units |
| DP1-50-03 | 50-pint | All units |
| DP1-50-03A | 50-pint | All units |
| DP1-70-03 | 70-pint | All units |
| GL-DEH-30-1 through 0612 | 30-pint | 1211 |
| GL-DEH-45-2 through 0612 | 45-pint | 1211 |
| GL-DEH-50-2L2 through 0612 | 50-pint | 1211 |
| GL-DEH-50-2Q2 | 50-pint | 1211 through 0612 |
| GL-DEH-70-2S2 through 0612 | 70-pint | 1211 |
| GL-DEH-70P-2S2 through 0612 | 70-pint | 0112 |
| GM-DEH-30M-1L2 through 061412 | 30-pint | 010512 |
| GM-DEH-30M-1R2 through 061412 | 30-pint | 010512 |
| GM-DEH-45-1 through 062112 | 45-pint | 122511 |
| GM-DEH-70-1S2 through 062112 | 70-pint | 010512 |

| | | |
|---|---|---|
| SG-DEH-25-4 through 081712 | 25-pint | 032711 |
| SG-DEH-30-2 through 050712 | 30-pint | 032711 |
| SG-DEH-30B-1 through 041310 | 30-pint | 011210 |
| SG-DEH-30M-1 through 071512 | 30-pint | 010210 |
| SG-DEH-30M-1A through 111011 | 30-pint | 121510 |
| SG-DEH-30M-1L2 through 071512 | 30-pint | 010510 |
| SG-DEH-30M-1R2 through 071512 | 30-pint | 010510 |
| SG-DEH-45-1 through 071512 | 45-pint | 010210 |
| SG-DEH-45-1A through 111011 | 45-pint | 121510 |
| SG-DEH-45-2 through 050712 | 45-pint | 032711 |
| SG-DEH-50-2 through 010712 | 50-pint | 010712 |
| SG-DEH-70-1 through 071512 | 70-pint | 010210 |
| SG-DEH-70-1A through 111011 | 70-pint | 121510 |
| SG-DEH-70-2 through 050712 | 70-pint | 032711 |

| | | |
|---|---|---|
| SG-DEH-70-2S2 through 050712 | 70-pint | 032711 |

## Remedy:

Consumers should immediately unplug and stop using recalled dehumidifiers and contact Gree for a full refund.

## Incidents/Injuries:

There have been more than 2,000 reported incidents of dehumidifiers overheating. About 450 fires have been reported, resulting in more than $19 million in property damage.

## Sold At:

AAFES, HH Gregg, Home Depot, Kmart, Lowe's, Menards, Mills Fleet Farm, Sam's Club, Sears, Walmart and other stores nationwide and in Canada, and online at Amazon.com and Ebay.com, from January 2005 through August 2013 for between $110 and $400.

## Manufacturer(s):

Gree Electric Appliances, of China

## Importer(s):

Airwell of France; CNA of Wood Dale, Ill.; Danby of Ontario, Canada; De'Longhi of Italy; Frigidaire, of Charlotte, N.C.; GE Appliances, of Louisville, Ky.; Gree USA Sales Ltd. of City of Industry, Calif.; IRP of Pineville, N.C.; MJC America Ltd. dba Soleus International Inc. of Walnut, Calif.; and Sunrise of Quebec, Canada.

## Manufactured In:

China

## Recall number:

17-039