JS-6

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MJC America, Ltd., et al., | Case No. 13-CV-04264-SJO (CWx) |
| Plaintiffs, | |
| vs. | [PROPOSED] JUDGMENT |
| Gree Electric Appliances, Inc. of Zhuhai, et al., | Trial Date: April 28, 2015<br>Complaint Filed: June 13, 2013 |
| Defendants. | |
| and | |
| Gree USA, Inc., | |
| Nominal Defendant. | |

EXHIBIT D

[PROPOSED] JUDGMENT

Dockets.Justia.com

| | |
|---|---|
| 1 | Gree Electric Appliances, Inc. of Zhuhai, et al., |
| 2 | |
| 3 | Counterclaimants, |
| | vs. |
| 4 | |
| | MJC America Holdings Co., Inc., et al., |
| 5 | |
| | Counterdefendants, |
| 6 | |
| | and |
| 7 | |
| | Gree USA, Inc., |
| 8 | |
| | Nominal Defendant. |

## [PROPOSED] JUDGMENT

WHEREAS, commencing on April 28, 2015, the above-captioned action came on for trial before the above-entitled Court, the Honorable S. James Otero, United States District Judge, presiding, and a duly empanelled jury;

WHEREAS, on May 8, 2015, Defendants Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd. ("Gree Hong Kong") (collectively, "Gree") filed a motion for judgment as a matter of law ("JMOL Motion"); on May 9, 2015, Plaintiffs MJC Supply, LLC ("MJC Supply"), MJC America, Ltd. dba Soleus International, Inc. ("MJC America"), and MJC America Holdings Co., Inc. ("MJC Holdings") (collectively, "MJC") filed an opposition to the JMOL Motion; and on May 9, 2015, Gree filed a reply in support of the JMOL Motion;

WHEREAS, on May 11, 2015, after holding a hearing, the Court granted the JMOL Motion with respect to MJC Supply's claim against Gree Hong Kong for unfair competition under 15 U.S.C. section 1125(a), took the JMOL Motion under submission with respect to MJC America and MJC Supply's claim for unfair competition under California Business and Professions Code sections 17200 *et seq.*, and denied the JMOL Motion in all other respects;

WHEREAS, MJC Supply, MJC America and MJC Holdings' claim for fraud, and MJC Supply and MJC America's claims for intentional interference with contractual relations and intentional interference with prospective economic advantage, were duly tried to the jury;

WHEREAS, MJC America and MJC Supply's claim for unfair competition under California Business and Professions Code sections 17200 *et seq.*, and Gree's affirmative defense of unclean hands, were duly tried to the Court;

WHEREAS, on May 14, 2015, the jury rendered its verdict as follows:

1. On MJC Supply, MJC America and MJC Holdings' claim for fraud, the jury found in favor of Gree and against MJC Supply, MJC America and MJC Holdings;

2. On MJC Supply and MJC America's claims for intentional interference with contractual relations and intentional interference with prospective economic advantage, the jury found in favor of MJC Supply and/or MJC America on both claims, and awarded damages to MJC Supply and/or MJC America in the amount of $42.5 million, including $12.5 million in damages and $30 million in punitive damages;

WHEREAS, on May 14, 2015, the Court dismissed the jury;

WHEREAS, on May 14, 2015, the Court found in favor of Gree and against MJC America and MJC Supply on MJC America and MJC Supply's claim for unfair competition under California Business and Professions Code sections 17200 *et seq.*;

WHEREAS, on May 14, 2015, the Court found in favor of MJC and against Gree on Gree's affirmative defense of unclean hands;

WHEREAS, on May 22, 2015, the Court denied Gree's motion for reconsideration of the Court's ruling on Gree's unclean hands defense;

**NOW, IN LIGHT OF THE FOREGOING, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is entered as follows:

1. On MJC Supply's claim for unfair competition under 15 U.S.C. section 1125(a), judgment is for Gree Hong Kong and against MJC Supply.

2. On MJC Supply, MJC America and MJC Holdings' claim for fraud, judgment is for Gree and against MJC Supply, MJC America and MJC Holdings.

3. On MJC Supply and MJC America's claims for intentional interference with contractual relations and intentional interference with prospective economic advantage, judgment is for MJC Supply and/or MJC America and against Gree in the amount of $42.5 million, including $12.5 million in damages and $30 million in punitive damages.

4. On MJC America and MJC Supply's claim for unfair competition under California Business and Professions Code sections 17200 *et seq.*, judgment is for Gree and against MJC America and MJC Supply.

5. On Gree's affirmative defense of unclean hands, judgment is for MJC and against Gree.

6. The verdict, and the jury's judgment thereon, is approved by the Court.

DATED: June 2, 2015.     By: *S. James Otero*
Hon. S. James Otero
United States District Judge